IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN


DOMINQUE C. S.,
      Plaintiff,

                           Civil No. 2:25-CV-12028

v.

FRANK BISIGNANO,           MAGISTRATE JUDGE STAFFORD
COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.
_____/


## J U D G M E N T

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.


                                 s/Elizabeth A. Stafford_____
                                 Elizabeth A. Stafford
                                 United States Magistrate Judge


Dated: March 13, 2026